### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| LOIS WHITE | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) Case No. 1:25-cv-4261 |
| ROUTE 83 & PLAINFIELD LLC., an Illinois limited liability company<br>Defendant. | )<br>) Honorable Lindsay C. Jenkins<br>)<br>)<br>)<br>) |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ROUTE 83 & PLAINFIELD, LLC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE**

Plaintiff, through undersigned counsel, hereby notifies this Honorable Court that the Parties have resolved the matter and voluntarily dismisses Defendant Route 83 & Plainfield, LLC. under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

        Respectfully submitted,

        CASS LAW GROUP, P.C.

        /s/ Angela C. Spears
        Angela C. Spears
        CASS LAW GROUP, P.C.
        20015 S. LaGrange Rd #1098
        Frankfort, IL 60423
        T: (872) 329-4844
        E: aspears@casslawgroup.com
        *Counsel for Plaintiff*

Dated: June 23, 2025